# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANDRESS WILLIAMS, | NO. CV 09-6645 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 14, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE